USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/12/19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GREGG VIGLIOTTI,

                      Plaintiff,

- against -

HEADOUT INC.

                      Defendant.

Docket No. 1:19-cv-1571

**NOTICE OF SETTLEMENT AND DISMISSAL OF CIVIL ACTION WITH PREJUDICE**

      IT IS HEREBY NOTICED, that the above case has been settled and should be dismissed with prejudice pursuant to which each side to bear their own costs and attorney's fees.

/s/Richard Liebowitz
Richard Liebowitz
Liebowitz Law Firm, PLLC
11 Sunrise Plaza, Suite 305
Valley Stream, NY 11580
Tel: (516) 233-1660
RL@LiebowitzLawFirm.com

Dated: December 11, 2019

*Attorneys for Plaintiff Gregg Vigliotti*

APPLICATION GRANTED
SO ORDERED

RONNIE ABRAMS, U.S.D.J.
12-12-19